**Scharf-Norton Center for**
**Constitutional Litigation at the**
**GOLDWATER INSTITUTE**
Jonathan Riches (025712)
Timothy Sandefur (033670)
Adam Shelton (038252)
500 E. Coronado Rd.
Phoenix, Arizona 85004
(602) 462-5000
litigation@goldwaterinstitute.org

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Diann Amaro,

      Plaintiff,

    vs.

Tolleson Union High School District; and
Jeremy Calles in his individual capacity and
in his official capacity as Superintendent of
Tolleson Union High School District,

      Defendants,

No. 2:25-cv-03919-JJT

**PLAINTIFFS' NOTICE OF**
**SUPPLEMENTAL AUTHORITY**

      Plaintiff files this Notice to bring to the Court's attention recent authority relevant to the Defendants' motion to dismiss pending before this Court.

      On April 9, 2026, in *Hartzell v. Marana Unified School District*, Judge Rash entered judgment for plaintiff, Rebecca Hartzell, and against defendant, Marana Unified School District ("School District"), in the amount of two-hundred thousand dollars ($200,000.00). *See* Final Judgment, *Hartzell v. Marana Unified Sch. Dist.*, No. 4:21-cv-00062-SHR (D. Ariz. Filed Apr. 10, 2026), ECF No. 198. This memorialized a jury verdict from March 31, 2026, in which the jury determined Ms. Hartzell was banned by the School District pursuant to school district Policy KFA, and that Ms. Hartzell's protected speech was a substantial or motivating factor in the School District's decision to ban Ms. Hartzell from school property. *See* Exhibit 1. As Policy KFA in *Hartzell* is the same policy under which Defendants banned Plaintiff from school property in this

case, the jury's decision in *Hartzell* informs the motion to dismiss proceedings pending before this Court.

**RESPECTFULLY SUBMITTED** this 16th day of April 2026 by:

/s/ *Adam Shelton*
Jonathan Riches (025712)
Timothy Sandefur (033670)
Adam Shelton (038252)
**Scharf-Norton Center for Constitutional Litigation
at the GOLDWATER INSTITUTE**

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

Document Electronically Filed and Served on all counsel of record by ECF this 16th day of May 2026.

David J. Cantelme
Aaron Brown
CANTELME & BROWN, P.L.C.
2020 S. McClintock Dr., Ste. 109
Tempe, Arizona 85282
djc@cb-attorneys.com
aaron@cb-attorneys.com
*Attorneys for Defendants*

/s/ *Kris Schlott*
Kris Schlott, Paralegal

3